BEAUNIT MILLS, INC., APPELLANT-PETITIONER, v. BOARD OF REVIEW, *ET AL.*, RESPONDENTS-RESPONDENTS.

See same case below: 43 *N. J. Super.* 172.

*Messrs. Platoff, Platoff & Heftler* and *Mr. S. David Harrison* for the petitioner.

*Mr. Clarence F. McGovern* for the respondents.

March 25, 1957. Denied.